United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 02-61005
Summary Calendar

———————————————

MUBARAK SWATTI,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 417 720
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Mubarak Swatti, a native and citizen of Pakistan, petitions
this court for review of the Board of Immigration Appeals' (BIA)
decision denying his application for asylum and withholding of
deportation. In rejecting Swatti's appeal, the BIA adopted the
Immigration Judge's (IJ) findings that Swatti was not a credible
witness and that his claims of persecution were not worthy of
belief. Contrary to Swatti's argument, the BIA's summary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

affirmance of the IJ's decision did not constitute error.  See Soadjede v. Ashcroft, 324 F.3d 830, 832-33 (5th Cir. 2003).

This court will not disturb BIA decisions based purely on an IJ's assessment of the alien's credibility.  Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).  Accordingly, Swatti's petition for review is DENIED.